IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NON ENEMY CANTEEN # 1 , | ) | CV 20-00076 LEK-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| GOVERNOR, STATE OF HAWAII, | ) | RECOMMENDATION |
| DEPARTMENT OF DEFENSE, | ) | |
| NEIL ABERCROMBIE, | ) | |
| GOVERNOR, HAWAII | ) | |
| GOVERNMENT; DEPT. OF | ) | |
| HEALTH, BOARD OF | ) | |
| REGULATED MEDICINE, | ) | |
| UNITED HEALTHCARE , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 30, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Application to Proceed in Forma Pauperis", ECF No. 5, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 17, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge