UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| NON EMENY CANTEEN # 1, | CIV. NO. 20-00076 LEK-RT |
| Plaintiff, | |
| vs. | |
| GOVERNOR, STATE OF HAWAII, ET AL., | |
| Defendants. | |

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

On February 14, 2020, pro se Plaintiff "Non Enemy Canteen #" ("Plaintiff") filed a Complaint for a Civil Case ("Complaint") and an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). [Dkt. nos. 1, 2.] On March 30, 2020, the magistrate judge issued Findings and Recommendation to Deny Application to Proceed in Forma Pauperis ("F&R"), recommending that the Application be denied and that Plaintiff be required to either pay the filing fee or file a revised version of the Application within two weeks after the adoption of the F&R. [Dkt. no. 5.] Plaintiff did not file any objections to the F&R, and this Court issued an order adopting the F&R on April 17, 2020. [Dkt. no. 8.] Thus, Plaintiff was required to either pay the filing fee or file a revised Application by May 1, 2020. Because Plaintiff has neither paid the filing fee, filed a revised version of the Application, nor

requested additional time to do so, the Complaint is HEREBY

DISMISSED.  The dismissal is WITHOUT PREJUDICE to the filing of

a new action.  The Clerk's Office is DIRECTED to enter judgment

and close this case, unless Plaintiff files a motion for

reconsideration on or before the required deadline.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 2, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**NON ENEMY CANTEEN # 1 VS. GOVERNOR, STATE OF HAWAII, ET AL.; CV 20-00076 LEK-RT; ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**